No. 773. ARTURO MENDEZ *v.* JUSTICES BINGHAM, AN-DERSON, AND JOHNSON.    January 17, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.    *Mr. Felix C. Devila* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. John J. Byrne* for respondents.

---

No. 774. FRANK SOFGE *v.* JOHN W. SNOOK, WARDEN. January 17, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Hooper Alexander* and *Thomas W. Hardwick* for petitioner.    *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

---

No. 777. UTAH CONSTRUCTION COMPANY AND AETNA CASUALTY AND SURETY COMPANY *v.* UNITED STATES FOR THE USE AND BENEFIT OF H. LINDSTROM ET AL.    January 17, 1927.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.    *Mr. B. M. Aikens* for petitioners.    *Messrs. H. W. Hutton, Herman Phleger,* and *Fletcher G. Flaherty* for respondents.

---

No. 778. ORLA RUBSAMIN, INDIVIDUALLY AND AS RE-CEIVER, ETC. *v.* CARL H. SCHULTZ, A CORPORATION, ET AL. Certiorari to the Circuit Court of Appeals for the Second Circuit.    January 24, 1927.    The motion for leave to file petition for writ of certiorari *nunc pro tunc* is denied and the petition already filed is therefore stricken from the files.    *Mr. David Steckler* for petitioner.    *Mr. William A. Barber* for respondents.

---

No. 842. ANNA NELSON *v.* J. L. WALROD, S. E. ELLS-WORTH, AND C. W. BURNHAM.    Error to the Supreme Court of the State of North Dakota.    February 21, 1927.